1  ROCKWELL, KELLY & DUARTE, LLP
   By: Jeffrey R. Duarte
2  State Bar No 186190
   P.O. Box 0142
3  Modesto, CA  95353
   Phone (209) 521-2552
4  Fax: (209) 526-7898

5  Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 BETTY GARIBAY,                    )  No. 2:15-cv-00452-DAD
                                     )
                                     )  STIPULATION AND ORDER
12            Plaintiff,             )  TO EXTEND TIME
                                     )
13       vs.                         )
                                     )
14 COMMISSIONER OF SOCIAL SECURITY,  )
                                     )
15            Defendant              )

16

17       IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the

18 Court, to extend the time by 45 days, to December 17, 2015, for plaintiff to file plaintiff's

19 Motion for Summary Judgment and/or Remand.

20       The parties further stipulate that the Court's Scheduling Order shall be modified

21 accordingly.

22 ///

23 ///

24 ///

25 ///

-1-

This is plaintiff's first request for an extension of time.  Due to plaintiff's attorney's attendance at a NOSSCR Conference, a California Applicants Attorneys Association conference and a scheduled vacation, plaintiff's attorney needs additional time to further review the file and prepare the motion.

Respectfully submitted,

Dated:  September 24, 2015       By: */s/ Jeffrey R. Duarte*
JEFFREY R. DUARTE
Attorney for Plaintiff

Dated:  September 24, 2015       BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Lynn M. Harada*
(As authorized via email)
LYNN M. HARADA
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED.**

Dated:  September 28, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\garibay0452.stip.eot.ord.doc