1  BENJAMIN B. WAGNER
   United States Attorney
2  DEBORAH LEE STACHEL
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   LYNN M. HARADA, CSBN 267616
4  Special Assistant United States Attorney
5        160 Spear Street, Suite 800
         San Francisco, California 94105
6        Telephone: (415) 977-8977
         Facsimile: (415) 744-0134
7        E-Mail: Lynn.Harada@ssa.gov
8
   Attorneys for Defendant
9

10                    **UNITED STATES DISTRICT COURT**

11                    **EASTERN DISTRICT OF CALIFORNIA**

12

13 | BETTY GARIBAY,                          | ) No. 2:15-cv-00452-EFB (TEMP)
14 |                                         | ) STIPULATION AND ORDER FOR AN
   |            Plaintiff,                   | ) EXTENSION OF TIME
15 |   vs.                                   | )
16 | CAROLYN W. COLVIN,                      | )
   | Acting Commissioner of Social Security, | )
17 |                                         | )
18 |            Defendant.                   | )

19

20     IT IS HEREBY STIPULATED, by and between the parties, through their respective

21 counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary

22 Judgment be extended 35 days to and including February 19, 2016.  This is Defendant's first

23 request for an extension of time to respond to Plaintiff's motion.  Defense counsel needs the

24 additional time to further review the file and prepare a response in this matter due to pre-

25 approved leave during the holidays as well as a heavy workload, including several other district

26 court cases, despite due diligence.

27 ///

28

The parties further stipulate that the remaining dates in the Court's Scheduling Order shall be modified accordingly.

Defense counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: January 13, 2016        */s/ Lynn M. Harada for Jeffrey R. Duarte*_
                               (*as authorized via email on 1/12/16)
                               JEFFREY R. DUARTE
                               Attorney for Plaintiff


Dated: January 13, 2016        BENJAMIN B. WAGNER
                               United States Attorney
                               DEBORAH LEE STACHEL
                               Acting Regional Chief Counsel, Region IX
                               Social Security Administration

                        By:    /s/ Lynn M. Harada
                               LYNN M. HARADA
                               Special Assistant U.S. Attorney

                               Attorneys for Defendant


ORDER

IT IS SO ORDERED.

DATED: January 15, 2016.       _____
                               EDMUND F. BRENNAN
                               UNITED STATES MAGISTRATE JUDGE