| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| 4 | LYNN M. HARADA, CSBN 267616<br>Special Assistant United States Attorney |
| 5 |     160 Spear Street, Suite 800<br>    San Francisco, California 94105 |
| 6 |     Telephone: (415) 977-8977 |
| 7 |     Facsimile: (415) 744-0134<br>    E-Mail: Lynn.Harada@ssa.gov |
| 8 | |
| 9 | Attorneys for Defendant |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| BETTY GARIBAY, | ) No. 2:15-cv-00452-EFB (TEMP) |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER FOR AN<br>) EXTENSION OF TIME |
| vs. | ) |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended 30 days to and including March 21, 2016.  This is Defendant's second request for an extension of time to respond to Plaintiff's motion.  Defense counsel needs the additional time to further review the file and prepare a response in this matter due to a heavy workload, including a Ninth Circuit case, several other district court cases, and other substantive, non-litigation matters, despite due diligence.

///

1 | The parties further stipulate that the remaining dates in the Court's Scheduling Order
2 | shall be modified accordingly.
3 | Defense counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  February 17, 2016            */s/ Lynn M. Harada for Jeffrey R. Duarte*_
                                     (*as authorized via email on 2/17/16)
                                     JEFFREY R. DUARTE
                                     Attorney for Plaintiff


Dated: February 17, 2016             BENJAMIN B. WAGNER
                                     United States Attorney
                                     DEBORAH LEE STACHEL
                                     Acting Regional Chief Counsel, Region IX
                                     Social Security Administration

                         By:   /s/  Lynn M. Harada
                                     LYNN M. HARADA
                                     Special Assistant U.S. Attorney

                                     Attorneys for Defendant


**ORDER**

Pursuant to the parties' stipulation and good cause appearing, IT IS SO ORDERED.

DATED:  February 22, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE